# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| ZOHAIR ALNABULSI | : | CIVIL ACTION |
|  | : | NO. 3:10 cv 01591 (JCH) |
| PLAINTIFF | : |  |
|  | : |  |
| v. | : |  |
|  | : |  |
| FIRST UNUM LIFE INSURANCE COMPANY And the DAVID LERNER ASSOCIATES, INC. GROUP LONG TERM DISABILITY PLAN | : | |
|  | : | OCTOBER 3, 2011 |
| DEFENDANTS | : |  |

## **NOTICE OF APPEARANCE**

Please enter the appearance of Patrick M. Noonan as attorney for Zohair Alnabulsi in the above-entitled matter.

                                                     PLAINTIFF, ZOHAIR ALNABULSI

                                                   /s/
                          By:_____
                              PATRICK M. NOONAN – CT00189
                              DONAHUE, DURHAM & NOONAN, P.C.
                              Concept Park, Suite 306
                              741 Boston Post Road
                              Guilford, CT   06437
                              Tel:  (203) 458-9168
                              Fax:  (203) 458-4424
                              pnoonan@ddnctlaw.com

## **CERTIFICATION**

I hereby certify that on October 3, 2011, a copy of the foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic mail.  Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated in the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

/s/
_____
PATRICK M. NOONAN